UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEREMIAH JOHNSON-EL,

                Plaintiff,

-against-

JAMIE M. OLIVA, SEAN GALLAGHER, and LAZ PARKING LOT ATTENDANTS,

                Defendants.

24-CV-3534 (JGLC)

**ORDER OF REMAND**

JESSICA G. L. CLARKE, United States District Judge:

      On May 4, 2024, Plaintiff, who is appearing *pro se*, filed a "Notice of Removal" purporting to remove to this court an action pending in the Jersey City Municipal Court. ECF No. 1. A civil action brought in state court "may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a). Removal is plainly improper here because Plaintiff, rather than Defendants, seeks to remove an action pending in a state court that is not within this judicial District.

      It is hereby ORDERED that the case is remanded to the Jersey City Municipal Court. The Clerk of Court is directed to CLOSE the case.

Dated: May 16, 2024
       New York, New York

SO ORDERED.

*Jessica Clarke*
_____
JESSICA G. L. CLARKE
United States District Judge